IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JONATHAN CANALES,

     Appellant,

v.                  Case No. 5D21-2977
                      LT Case No. 2014-CF-00956

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed January 17, 2023

3.850 Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Jonathan Canales, Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.